

**ORDERED in the Southern District of Florida on October 15, 2013.**

**John K. Olson, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

      Ana **Garcia**,                                            Case No. 12-18235

              Debtor.                                    Chapter 7

_____/

**Order:**
**1.  Reopening and Reinstating the Debtor's Case**
**2.  Requiring Mariano Morell to Disgorge $900 in Fees He Received from the Debtor**
**3.  Prohibiting Mariano Morell from Preparing Any Further Bankruptcy Petitions**

       THIS CAUSE came before the Court on an Order to Show Cause issued *sua sponte* on

August 8, 2013, in which the Court required the petition preparer Mariano Morell to explain why

his fees to the Debtor were not properly listed in the Debtor's petition. (ECF No. 29) A hearing

was held on August 21, 2013. Mr. Morell disclosed only $99.00 in fees on the Debtor's

Statement of Financial Affairs (*See* ECF No. 1); in reality, he had charged her $900.00 for

services involving her bankruptcy. (*See* ECF No. 24) In addition, Mr. Morell never filed a

Disclosure of Compensation of Bankruptcy Petition Preparer, in violation of 11 U.S.C. § 110(h),

and had also taken money to pay the filing fee for the Debtor, in violation of 11 U.S.C. § 110(g), and which he subsequently failed to submit. He furthermore failed to comply with the Order to Show Cause by failing to bring with him any records of his business with the Debtor; indeed, he claims he does not keep any. Accordingly, for the reasons stated on the record, it is hereby

**ORDERED:**

1. The Debtor's case is hereby **REOPENED** and **REINSTATED**. The Debtor has made her final filing fee installment payment. No further payments are necessary.

2. Mariano Morell shall disgorge the $900.00 in payments he received from the Debtor with respect to her bankruptcy. Mr. Morell shall have **two weeks** from the date of the issuing of this Order to comply.

3. Mariano Morell is hereby prohibited from preparing any further bankruptcy petitions in any Bankruptcy Court in the United States until such time as he can demonstrate to this Court that he is competent to prepare bankruptcy petitions and this Court issues enters an order accordingly.

### ###

*The clerk is directed to serve copies of this order*
*on all interested parties including Trustee and;*

*Debtor Ana Garcia at: 702 Deer Creek Alba Way, Deerfield Beach, FL, 33442*

*Mariano Morell at: 1303 N. SR 7, # B-6, Margate, FL, 33063*